## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Arnold Transportation Services, Inc., | ) | Case No. 24-10928 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re | ) | Chapter 7 |
| | ) | |
| DVP Holdings Corp., | ) | Case No. 24-10931 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re | ) | Chapter 7 |
| | ) | |
| Parker Global Enterprises, Inc., | ) | Case No. 24-10929 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re | ) | Chapter 7 |
| | ) | |
| Parker Transport Co., | ) | Case No. 24-10930 (CTG) |
| | ) | |
| Debtor. | ) | |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## ARNOLD TRANSPORTATION SERVICES, INC. (CASE NO. 24-10928)

# GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND STATEMENTS OF FINANCIAL AFFAIRS

Arnold Transportation Services, Inc. and its debtor affiliates, as debtors in the above-captioned cases (collectively, the "Debtors"), with the assistance of their advisors, prepared their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") and hereby file such Schedules and Statements with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These global notes and statements of limitations, methodology, and disclaimer regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to particular Schedules and Statements (the "Specific Notes" and, together with the Global Notes, the "Notes"). These Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Debtors prepared the Schedules and Statements with the assistance of their advisors and professionals and have relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and professionals. Navraj Johal, director and duly authorized and designated representative of each of the Debtors (the "Authorized Representative"), who has executed the Schedules and Statements of the Debtors, has necessarily relied upon the prior efforts, statements, and representations of employees and professionals of the Debtors and has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses. Moreover, in preparing the Schedules and Statements, the Debtors relied upon financial data derived from their books and records that were available at the time of such preparation.

While the Debtors have made reasonable efforts under the circumstances to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist. Moreover, because the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and Statements are complete or accurate.

The Debtors and their past or present directors, officers, employees, attorneys, professionals, and agents (including, but not limited to, the Authorized Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals, and agents (including, but not limited to, the Authorized Representative) expressly do not undertake any

obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Authorized Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of Debtor, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any Debtor's rights or an admission with respect to the Chapter 7 Cases (as defined below), including, but not limited to, liability for any claims, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtors or their affiliates.**

1. <u>General Comments</u>.

(a) <u>Description of the Chapter 7 Cases</u>. On April 30, 2024 (the "<u>Petition Date</u>"), each of the Debtors filed voluntary petitions for relief with the United States Bankruptcy Court for the District of Delaware under Chapter 7 of the Bankruptcy Code (collectively, the "<u>Chapter 7 Cases</u>").

(b) <u>Basis of Presentation</u>. For financial reporting purposes, the Debtors and certain of their affiliates have historically prepared consolidated financial statements, which include financial information for the Debtors and certain non-Debtor affiliates. The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of the Debtors on stand-alone, unconsolidated bases. These Schedules and Statements neither purport to represent financial statements prepared in accordance with generally accepted accounting principles in the United States of America as in effect from time to time ("<u>GAAP</u>"), nor are they intended to be fully reconciled with the financial statements of the Debtors.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the applicable Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than reporting by individual legal entity, it is

possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time before or after the Petition Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or any time prior to or after the Petition Date.

(c)     Reporting Date. The reported asset values in Schedules A and B reflect the Debtors' asset values as of December 31, 2023 (the "Reporting Date"). In some instances, the Debtors have used estimates or pro-rated amounts where actual data as of the aforementioned dates was not available. The Debtors have made reasonable efforts to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the prepetition and postpetition periods and amend the Schedules and Statements accordingly.

(d)     Current Values. Other than estimated bank cash balances, and unless otherwise noted, the assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records.

(e)     Excluded Assets and Liabilities. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, accrued accounts payable, right-to-use assets, and related lease liability as well as capitalized freight. In addition, certain immaterial assets and liabilities may have been excluded.

(f)     Intercompany Balances. The Debtors have excluded certain intercompany payables and receivables from the Schedules and Statements.

(g)     Accuracy. Although the Debtors have made reasonable efforts under the circumstances to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements as is necessary or appropriate.

(h)     Net Book Value of Assets. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, wherever possible, unless otherwise indicated, net book values are presented as of the Reporting Date. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements.

(i)     Currency. All amounts shown in the Schedules and Statements are in U.S. Dollars.

(j)     Totals. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals. Where a claim or other amount is marked as "unliquidated," but the Debtors also report a dollar value, such dollar value may indicate only the known or determined amount of such claim or amount, the balance of which is unliquidated.

(k)     Causes of Action. Despite reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have. Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(l)     Confidentiality. There may be instances within the Schedules and Statements where names, addresses or amounts have been left blank. Due to the nature of an agreement between the Debtors and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtors may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts. To the extent that certain addresses are withheld, the Debtors will make such addresses available upon request.

(m)    Global Notes Control. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

(n)    Reservation of Rights. Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to the Chapter 7 Cases, including, but not limited to, the following:

(i)    Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

(ii)    Notwithstanding that the Debtors have made reasonable efforts under the circumstances to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

(iii)    The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

(iv)    The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules accordingly.

(v)    The listing of a claim on Schedule D as "secured" or on Schedule E/F as "priority unsecured," or the listing of a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection, or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in any order by the Bankruptcy Court that is or becomes final, the Debtors reserve all rights to dispute and challenge the

secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

(vi)     In the ordinary course of their business, the Debtors lease property from certain third-party lessors for use in the daily operation of their businesses. Any such leases are set forth on Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any such issues, including, the recharacterization thereof. The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and leases listed on the Schedules and Statements, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

(vii)    Listing a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and enforceable contract. The Debtors hereby expressly reserve the right to assert that any contract listed on the Schedules and Statements does not constitute an executory contract within the meaning of Bankruptcy Code section 365, as well as the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of Bankruptcy Code section 365.

(viii)   The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

(ix)     Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(x)      The Debtors' businesses are part of a complex enterprise. Although the Debtors have made reasonable efforts under the circumstances to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases set forth on the

Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

2.   Specific Disclosures with Respect to the Debtor's Schedules.

(a)   Schedule A/B Assets – Real and Personal Property. Real and personal property is scheduled at the value that the Debtors carried on their books as of the Reporting Date.

(i)   Part 11, Questions 74 and 75 – Causes of Action Against Third Parties and Other Contingent and Unliquidated Claims or Causes of Action of Every Nature. The Debtors may be party to pending litigation in which a Debtor has asserted, or may assert, claims as a plaintiff or counterclaims and/or cross-claims as a defendant. The Debtors have listed on Schedule A/B, Part 11, Questions 74 and 75 the claims that they know of, but because some of such claims are unknown to the Debtors and not quantifiable as of the Petition Date, all of such claims may not be listed in response to these questions.

(b)   Schedule D – Creditors Who Have Claims Secured by Property. Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany transaction) related to such creditor's claim.

The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates. A determination of the date on which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim.

In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to a claim. No claim set forth on the Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents or other instruments creating the purported lien is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.

(c)   Schedule E/F – Creditors Who Have Unsecured Claims. The claims listed on Schedules E/F arose and were incurred on various dates. A determination of the date

upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, no such dates are included for each claim listed on Schedules E/F. In addition, the Debtors reserve their rights to dispute or challenge any priority asserted with respect to any liabilities listed on Schedule E/F.

(i)     Part 1 – Creditors with Priority Unsecured Claims. The Debtors have used their best efforts to list the applicable subsection of section 507(a) of the Bankruptcy Code on Part 1 of Schedule E/F identifying the basis of the priority of the unsecured claim. To the extent the Debtors have identified the incorrect subsection of section 507(a), the Debtors reserve the right to amend. The inclusion of any claim on Part 1 does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507.

Certain claims of state and local taxing authorities set forth in Schedule E/F, which a Debtor has designated as contingent, disputed, or unliquidated, ultimately may be deemed to be secured claims pursuant to state or local laws. Certain claims owing to various taxing authorities to which the Debtors may be liable may be subject to ongoing audits. The Debtors reserve their right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority, and the listing of any claim on Schedule E/F does not constitute an admission that such claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

(ii)     Part 2 – Creditors with Nonpriority Unsecured Claims. The Debtors have used commercially reasonable efforts to report all general nonpriority unsecured claims against the Debtors on Part 2 of Schedule E/F based upon the Debtors' existing books and records as of the Petition Date. The Debtors reserve all of their rights with respect to any such claims including the right to assert objections and/or setoffs or recoupments with respect to same for any credits and/or allowances. Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Part 2 contains information regarding threatened, pending, and settled litigation involving the Debtors. To the extent that litigation involving the Debtors has been identified, such information is included on the Debtors' Schedule E/F. Unknown amounts for potential claims are listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules.

The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases. To the extent there was an amount outstanding as of the Petition Date, the applicable creditor has been included on Schedule F of the appliable Debtor.

The Debtors have used their best efforts to include the relevant information concerning the parties entitled to receive notice of the claims listed on Schedule E/F. To the extent the Debtors inadvertently omitted a notice party or provided incorrect information, the Debtors reserve the right to amend.

(d)     Schedule G – Executory Contracts and Unexpired Leases. Although the Debtors have made reasonable efforts under the circumstances to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related or a creditor's claim, and (iii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on these Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that it is valid or enforceable.

The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements that may not be listed therein. Certain contracts and leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have been scheduled to the best of the Debtors' knowledge.

(e)     Schedule H – Codebtors. For purposes of Schedule H, the parties that are either the principal obligors or guarantors under the Debtors' prepetition debt facilities are listed as co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend Schedule H to the extent or in the event that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable. No claim set forth on the Schedules and Statements of the Debtors is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by non-Debtors.

In the ordinary course of business, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because all such claims are contingent, disputed or unliquidated, and are listed elsewhere in the Schedules of each applicable Debtor, such claims have not been set forth individually on Schedule H. Litigation matters can be found on the Debtors' Schedule F and Part 3 of the Statements.

3.	Specific Disclosures with Respect to the Debtor's Statements.

(a)	Part 1 – Income. Each Debtor has listed its gross revenues from its business operations in Question 1 and its gross revenues from all other sources in Question 2. In each question, the revenues are listed separately for the Debtors' current fiscal year to the Petition Date and the two previous fiscal years.

(b)	Part 2, Question 3 – Certain Payments or Transfers to Creditors within 90 Days before the Petition Date. The response to Question 3 reflects payments to a creditor by payment date as opposed to cleared date as it appears in the Debtor's payment register. It does not reflect any subsequent stop payment or void information.

(c)	Part 2, Question 4 – Payment or Transfers to Insiders within One Year of the Petition Date. The Bankruptcy Code (section 101(31)) defines "insiders," and the Debtors have taken reasonable efforts to list payments to "insiders" as the term is defined in the Bankruptcy Code. This list is for informational purposes only and the Debtors take no position at this time as to actual insider status of any of the listed individuals or entities.

(d)	Part 3, Question 7 – Legal Actions, Administrative Proceedings, Court Actions, Executions, Attachments, or Governmental Audits and Question 8 – Assignments and Receiverships. Information provided in Question 3 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum. In the Debtors' attempt to provide full disclosure, to the extent a legal dispute or administrative proceeding is not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy, the Debtors have identified such matters on Schedule E/F. Additionally, any information contained in Part 3 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein. While the Debtors made reasonable efforts under the circumstances to complete Statement 7, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' responses to Statement 7. The Debtors reserve all of their rights to amend or supplement their responses to Statement 7.

(e)	Part 4, Question 9 – Gifts and Charitable Contributions. To the extent information regarding gifts and charitable contributions is available, the Debtors have included it in Part 4. In the ordinary course of business, the Debtors make certain immaterial gifts and/or charitable contributions which are neither recorded at the corporate level nor separately classified for tax purposes. The Debtors' Schedules and Statements do not include information regarding such amounts.

(f)	Part 5, Question 10 – Losses. The Debtors occasionally incur losses for a variety of reasons. The Debtors, however, may not have records of all such losses, including to the extent such losses do not have a material impact on the Debtors' business or are not reported for insurance purposes.

(g)	Part 6, Question 11 – Payments Related to Bankruptcy. The Debtors have disclosed all payments made within one year before the Petition Date to an attorney and

other entities that the Debtors consulted (i) for advice regarding debt consolidation, restructuring or bankruptcy relief or (ii) to file a bankruptcy case.

(h)    <u>Part 7, Question 14 – Previous Locations</u>. The Debtors have listed all locations at which they have operated or which they otherwise used during the three years before the Petition Date.

(i)    <u>Part 9, Question 16 – Personally Identifiable Information</u>. Subject to the Debtors' privacy policy, in the ordinary course of business, the Debtors collect and retain certain personally identifiable information of their customers, including, but not limited to, names, addresses, email addresses, and certain payment information. Such information is subject to the Debtors' privacy policy.

(j)    <u>Part 12, Questions 22 to 23 – Environmental Information</u>. The Debtors have conducted a thorough review of prepetition environmental matters. Accordingly, the Debtors have provided the environmental information to the best of their ability based on information compiled as of the Petition Date.

(k)    <u>Part 13, Question 25 – Other Businesses in which the Debtors have or had an Interest</u>. The Debtors have reviewed their records to identify all businesses in which the Debtors had or have any ownership or controlling interest for the six years before and including the Petition Date.

(l)    <u>Part 13, Question 26a – Books, Records and Financial Statements</u>. The Debtors have listed those individuals and/or firms that have been identified as having the primary responsibility to maintain or supervise the keeping of the Debtors' books and records. Notwithstanding this listing, additional parties not listed may have had access to the Debtors' books and records including individuals listed in response to Question 26b and 26c.

(m)    <u>Part 13, Question 26d – Financial Statements</u>. The Debtors have provided financial statements in the ordinary course of their business to numerous financial institutions, creditors and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent, the Debtors have disclosed to the best of their ability the parties that may have received financial statements for the purposes of Question 26d. In addition, the Debtors may have shared certain financial information with parties that are not individually disclosed herein due to confidentiality restrictions.

(n)    <u>Part 13, Question 27 – Inventories</u>. Inventories are valued at cost, which are charged to operations as consumed or sold. Additionally, all inventories and plant and equipment are presented without consideration of any statutory or consensual liens. The Debtors set forth the value of certain high-value inventories in response to Question 27. Further, the Debtors also maintain supplies that are not subject to a physical inventory on a regular basis. Instead, perpetual inventories are maintained. It would have been

prohibitively time-consuming, unduly burdensome, and an inefficient use of estate resources for the Debtors to compile this information prior to the Petition Date.

(o)     <u>Part 13, Questions 27 to 28 – Current and Former Officers and Directors and Other Persons in Control of the Debtors</u>. The Debtors have reviewed their records to identify their current and former (within one year before the Petition Date) officers, directors, managing members, general partners, members in control or controlling shareholders who controlled the Debtors in some respect.

(p)     <u>Part 13, Question 30 – Payments, Distributions or Withdrawals Credited or Given to Insiders</u>. Unless otherwise indicated in the Debtors' specific responses to Question 30, the Debtors have included a comprehensive response to Question 30 in Question 4.

*** END OF GLOBAL NOTES ***

❑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................

$ nil

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................

$3,946,520.29

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................

$3,946,520.29

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............................................

$ nil

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................

**+** $ 186,291.25

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................

**+** $ 23,587,702.21

4. **Total liabilities**....................................................................................................................
    Lines 2 + 3a + 3b

$ 23,773,993.46

Fill in this information to identify the case:

Debtor name  Arnold Transportation Services

United States Bankruptcy Court for the:_____ District of  Delaware_____
                                                                    (State)

Case number (If known):  _____24-10928_____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                 $nil

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. TBK Bank | Chequeing Account | 3057 | $161,984.94 |
| 3.2. _____ | _____ | ____ ____ ____ ____ | $nil |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____          $nil_____

   4.2. _____          $nil_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $161,984.94 |

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____          $172,834

   7.2._____          $nil

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid Fuel & Tolls          $(28,470.95)

8.2._____     $nil

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.       | $144,363.05 |

| **Part 3:** | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

                                **Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less:   3,671,653.14    −   262,401.94    = ........➤   $3,409,251.20
                  face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    _____   −  _____   = ........➤   $nil
                  face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     | $3,409,251.20 |

| **Part 4:** | **Investments** |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

                          **Valuation method used for current value**     **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $nil

14.2._____    _____    $nil

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                             % of ownership:

15.1._____    _____%    _____    $

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $nil

16.2._____    _____    $nil

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.     | $nil |

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $nil |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $nil |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $62,340.75 |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $nil |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$62,340.75

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| $nil |
|---|

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $10,123.11 | Historical Cost Method | $10,123.11 |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer Software | $158,457.24 | Cost Method | $158,457.24 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| $168,580.35 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | $nil |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $nil |
|------|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $nil |
|------|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $nil

                                Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $nil

_____    Tax year _____   $_____

_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

                  _____         $nil

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

                  _____         $nil

Nature of claim      _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

                  _____         $nil

Nature of claim      _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

                  _____         $nil

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____      $nil

_____      $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $nil |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $161,984.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $144,363.05 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,409,251.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $nil | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $62,340.75 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $nil | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $168,580.35 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $nil | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➜ | | $nil |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $nil | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $nil | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $3,946,520.29 | ✚ 91b. $nil |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................... | $3,946,520.29 |

**Fill in this information to identify the case:**

Debtor name   Arnold Transportation Services

United States Bankruptcy Court for the: _____ District of   Delaware   _____
(State)

Case number (If known): _____ 24-10928 _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** 

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
|---|---|---|---|

Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2** 

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
|---|---|---|---|

Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

**Part 1:** **Additional Page**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral** |
| | Do not deduct the value | **that supports this** |
| | of collateral. | **claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

❑ No

❑ Yes. Have you already specified the relative priority?

　❑ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　_____

　_____

　❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

❑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**2.__** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

❑ No

❑ Yes. Have you already specified the relative priority?

　❑ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　_____

　_____

　❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

❑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

2.1 **Priority creditor's name and mailing address**

ARIZONA DEPARTMENT OF REVENUE
Creditor Name

Creditor's Notice name

P O BOX 29079
Address

| PHOENIX | AZ | 85038-9079 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 50.00    $ 50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.2 Priority creditor's name and mailing address**

CDL LEGAL LLC
Creditor Name

Creditor's Notice name

15633 S MAHAFFIE ST
Address

| OLATHE | KS | 66062 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $          2,376.26     $          2,376.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Payroll

**Is the claim subject to offset?**
☒ No

☐ Yes

**2.3 Priority creditor's name and mailing address**

Franchise Tax Board
Creditor Name

Creditor's Notice name

P.O. Box 942857
Address

| Sacramento | CA | 94257-0531 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $          1,600.00     $          1,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☒ No

☐ Yes

**2.4 Priority creditor's name and mailing address**

Internal Revenue Service
Creditor Name

Creditor's Notice name

819 Taylor St, Ste 6A14
Address

| Fort Worth | TX | 76102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 145,750.00  $ 145,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.5 Priority creditor's name and mailing address**

Metropolitan Life Insurance Company
Creditor Name

Creditor's Notice name

PO Box 360229
Address

| Pittsburgh | PA | 15251 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 15,621.71  $ 15,621.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Payroll

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.6 Priority creditor's name and mailing address**

Mutual of Omaha Insurance Company
Creditor Name

Creditor's Notice name

3300 Mutual of Omaha Plaza
Address

| Omaha | NE | 68175 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $          20,868.28   $          20,868.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Payroll

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.7 Priority creditor's name and mailing address**

TransAmerica
Creditor Name

Creditor's Notice name

6400 C Street SW
Address

| Cedar Rapids | IA | 52499 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $          Unknown   $          Unknown
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Payroll

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.8 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 25.00 | $ | 25.00 |

WISCONSIN DEPARTMENT OF REVENUE
Creditor Name

*Check all that apply.*

☐  Contingent

Creditor's Notice name

☐  Unliquidated

☐  Disputed

PO BOX 3028
Address

**Basis for the claim:**

Taxes

| MILKAUKEE | WI | 53201-3028 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐  No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☐  Yes

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,555.00 |

1st Choice Towing & Recovery Services
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

3006 Cardinal Lake Cir
Address

☐ Disputed

**Basis for the claim:**

Trade Payable

| Duluth | GA | 30096 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account number**

☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 541.25 |

Abbot Houston Locksmith Inc
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

4740 Ingersoll St
Address

☐ Disputed

**Basis for the claim:**

Trade Payable

| Houston | TX | 77027 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account number**

☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 26,692.88 |

*Check all that apply.*

AIG
Creditor Name

☐ Contingent

Creditor's Notice name

☐ Unliquidated

4 Chase Metrotech Center

☐ Disputed

Address

**Basis for the claim:**

Trade Payable

| Brooklyn | NY | 11245 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 291.19 |

*Check all that apply.*

AIR HEAT NORTH TEXAS
Creditor Name

☐ Contingent

Creditor's Notice name

☐ Unliquidated

901 JUPITER RD

☐ Disputed

Address

**Basis for the claim:**

Trade Payable

| PLANO | TX | 75094 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

**3.5** **Nonpriority creditor's name and mailing address**

Alabama Corporate Extension

Creditor Name

Creditor's Notice name

50 North Ripley Street

Address

| Montgomery | AL | 36117 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                110.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**

ALLIED TOWING OF TULSA

Creditor Name

Creditor's Notice name

2505 East King Street

Address

| TULSA | OK | 74110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                531.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**

American and Trucking Transportation Insurance Company (ATTIC)

Creditor Name

Creditor's Notice name

PO Box 8509

Address

| Missoula | MT | 59807-8509 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            0

*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Insurance

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**

American and Trucking Transportation Insurance Company (ATTIC)

Creditor Name

Creditor's Notice name

PO Box 8509

Address

| Missoula | MT | 59807-8509 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $        171,426.69

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Insurance

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**

ARAMARK UNIFORM SERVICES
Creditor Name

Creditor's Notice name

PO BOX 731676
Address

| DALLAS | TX | 753731676 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 3,136.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

ATMOS ENERGY
Creditor Name

Creditor's Notice name

PO BOX 740353
Address

| CINCINNATI | OH | 452740353 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 491.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 3,500.00 |

BEVIS TOWING LLC
Creditor Name

*Check all that apply.*

□ Contingent

Creditor's Notice name

□ Unliquidated

□ Disputed

11594 COLERAIN AVE
Address

**Basis for the claim:**

Trade Payable

| CINCINNATI | OH | 45252 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

□ Yes

**number**

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 9,348.13 |

BLUE BEACON INTERNATIONAL INC
Creditor Name

*Check all that apply.*

□ Contingent

Creditor's Notice name

□ Unliquidated

□ Disputed

PO BOX 856
Address

**Basis for the claim:**

Trade Payable

| SALINA | KS | 674020856 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

□ Yes

**number**

**3.13** **Nonpriority creditor's name and mailing address**

BOSS SHOP TULSA
Creditor Name

Creditor's Notice name

PO BOX 830604
Address

| BIRMINGHAM | AL | 35283 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $　　　1,848.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**

BRIDGESTONE/FIRESTONE INC.
Creditor Name

Creditor's Notice name

PO BOX 73418
Address

| CHICAGO | IL | 606737418 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $　　　268,816.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.15 Nonpriority creditor's name and mailing address**

BYPASS DIESEL
Creditor Name

Creditor's Notice name

166 HYW 71 S
Address

| NASHVILLE | AR | 71852 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,313.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

CARRIER CORPORATION
Creditor Name

Creditor's Notice name

C/O PRECISE FREIGHT AUDIT
Address

| SPRINGFIELD | MO | 65814-0402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,414.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.17 **Nonpriority creditor's name and mailing address**

Carrier Transicold of Utah
Creditor Name

Creditor's Notice name

PO Box 25415
Address

| Salt Lake City | UT | 84125 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,027.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.18 **Nonpriority creditor's name and mailing address**

CASCADE NETWORKING LLC
Creditor Name

Creditor's Notice name

14 NW HAWTHORNE AVE
Address

| BEND | OR | 97703 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   20,302.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.19 Nonpriority creditor's name and mailing address**

CHEVRON U.S.A. INC
Creditor Name

Creditor's Notice name

PO BOX 730348
Address

| DALLAS | TX | 75373 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    14,678.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

Cierra Towing & Crushing LLC
Creditor Name

Creditor's Notice name

4201 East Amarillo Rd
Address

| Amarillo | TX | 79107 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**

CITY OF GRAND PRAIRIE
Creditor Name

Creditor's Notice name

PO BOX 660814
Address

| GRAND PRAIRIE | TX | 75266-0814 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                        1,127.53
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.22** **Nonpriority creditor's name and mailing address**

CLASS A RECRUITING INC
Creditor Name

Creditor's Notice name

280 KELLER RD
Address

| CENTERTON | AR | 72719 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                        4,000.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.23  Nonpriority creditor's name and mailing address**

CLEAR PERFECTION WINDSHIELD

Creditor Name

Creditor's Notice name

1310 S HWY 287

Address

| MANSFIELD | TX | 76063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    9,690.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.24  Nonpriority creditor's name and mailing address**

COMDATA - Y-712 DCSPC

Creditor Name

Creditor's Notice name

PO BOX 100647

Address

| ALTANTA | GA | 30384-0647 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                      165.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 60,200.45 |

COMDATA -XB637
Creditor Name

Creditor's Notice name

PO BOX 1000647
Address

| ATLANTA | GA | 30384-0647 |
| City | State | ZIP Code |

Country

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 29,314.98 |

COMDATA-AI555
Creditor Name

Creditor's Notice name

PO BOX 100647
Address

| ATLANTA | GA | 30384-0647 |
| City | State | ZIP Code |

Country

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.27 Nonpriority creditor's name and mailing address**

COMPANY COFFEE SHOP
Creditor Name

Creditor's Notice name

505 110TH ST
Address

| ARLINGTON | TX | 76011 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    577.18
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.28 Nonpriority creditor's name and mailing address**

Complete Towing
Creditor Name

Creditor's Notice name

13050 Walton Verona Road
Address

| Walton | KY | 41094 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    1,655.67
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

3.29 **Nonpriority creditor's name and mailing address**

CORPORATE MEDICAL SERVICES INC
Creditor Name

Creditor's Notice name

5490 DAYTON BLVD
Address

| CHATTANOOGA | TN | 37415 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 9,290.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.30 **Nonpriority creditor's name and mailing address**

CRISTIAN GABRIEL ARIZ
Creditor Name

Creditor's Notice name

2822 PROVINCE LN
Address

| DALLAS | TX | 75228 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 10,320.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.31 Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:    $    948.71

Crow's Truck Center

*Check all that apply.*

Creditor Name

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

5500 Davidson Rd

**Basis for the claim:**

Address

Trade Payable

| Memphis | TN | 38118 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

**3.32 Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:    $    2,689.54

CT Power LLC and Iceberg Enterprises Co

*Check all that apply.*

Creditor Name

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

5100 E 58th Ave

**Basis for the claim:**

Address

Trade Payable

| Commerce City | CO | 80022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 330.83 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

DALLAS TRAILER REPAIR CO INC
Creditor Name

Creditor's Notice name

PO BOX 560643
Address

| DALLAS | TX | 75356-0643 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:   $   330.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.34   **Nonpriority creditor's name and mailing address**

DAT SOLUTIONS LLC
Creditor Name

Creditor's Notice name

# 3801
Address

| PHILADELPHIA | PA | 19178-3801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:   $   7,250.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**

Daves Heavy Duty Towing LLC
Creditor Name

Creditor's Notice name

3530 Broadway Blvd SE
Address

| Albuquerque | NM | 87105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,419.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**

DIEGO NAJERA
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.37  Nonpriority creditor's name and mailing address**

DIRECT CHASSISLINK INC
Creditor Name


Creditor's Notice name

PO BOX 603061
Address




| CHARLOTTE | NC | 28260-3061 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                          22,720.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.38  Nonpriority creditor's name and mailing address**

EAGLE TRUCK & TRAILER REPAIR
Creditor Name


Creditor's Notice name

1830 HIGH PR RD
Address




| GRAND PRAIRIE | TX | 75050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                           4,962.75
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.39** **Nonpriority creditor's name and mailing address**

E-SMART LLC.

Creditor Name

Creditor's Notice name

2915 Olgletown RD

Address

| Newark | DE | 19713 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                      36,193.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**

FARRINGTON TRUCK PARTS & REPR

Creditor Name

Creditor's Notice name

924 SOUTHWEST 3RD

Address

| OKLAHOMA CITY | OK | 731091010 |
|---------------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                        834.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.41 Nonpriority creditor's name and mailing address**

FAYE BUSINESS SYSTEMS GROUP,

Creditor Name

Creditor's Notice name

5950 CANOGA AVE 615

Address

| WOODLAND HILLS | CA | 91367 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 4,305.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.42 Nonpriority creditor's name and mailing address**

FCS TRUCK PARTS, LLC

Creditor Name

Creditor's Notice name

100 NW 8 STREET

Address

| DUMAS | TX | 79029 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 3,819.57

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.43 Nonpriority creditor's name and mailing address**

FLEET CHARGE
Creditor Name

Creditor's Notice name

PO BOX 844508
Address

| DALLAS | TX | 752844315 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $                341,880.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.44 Nonpriority creditor's name and mailing address**

FLEET SERVICE OF TULSA
Creditor Name

Creditor's Notice name

15855 E PNE ST
Address

| TULSA | OK | 74116 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $                 44,198.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.45** **Nonpriority creditor's name and mailing address**

FLEETPRIDE

Creditor Name

Creditor's Notice name

PO BOX 281811

Address

| ATLANTA | GA | 30384-1811 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 278.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**

FLORNADIAN CONSULTING INC

Creditor Name

Creditor's Notice name

PO BOX 2203

Address

| EAGLE LAKE | FL | 33839 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 15,948.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.47 Nonpriority creditor's name and mailing address**

Fomby & Sons Towing, Truck & Tire Repair
Creditor Name

Creditor's Notice name

PO Box 446
Address

| Atoka | OK | 74525 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                     850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.48 Nonpriority creditor's name and mailing address**

FRONTIER COMMUNICATIONS CORP
Creditor Name

Creditor's Notice name

PO BOX 740407
Address

| CINCINNATI | OH | 45274-0407 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                     91.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.49 Nonpriority creditor's name and mailing address**

GARMON MEDIA SOLUTIONS LLC

Creditor Name

Creditor's Notice name

1319 LEE ST

Address

| LUVERNE | AL | 36049 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    3,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.50 Nonpriority creditor's name and mailing address**

Goins Towing & Recovery Services LLC

Creditor Name

Creditor's Notice name

4507 CR 6400

Address

| Neodesha | KS | 66757 |
|----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.51 Nonpriority creditor's name and mailing address**

GOODYEAR TIRE & RUBBER CO.
Creditor Name

Creditor's Notice name

PO BOX 277808
Address

| ATLANTA | GA | 303847808 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 32,059.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.52 Nonpriority creditor's name and mailing address**

GO-PASS
Creditor Name

Creditor's Notice name

3701 Northwest Parkway
Address

| Broomfield | CO | 80023 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 21.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.53** **Nonpriority creditor's name and mailing address**

Graham Tire

Creditor Name

Creditor's Notice name

3480 Gordon Drive

Address

| Sioux City | IA | 51105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 102.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**

High Prairie Texas Holding Corp

Creditor Name

Creditor's Notice name

1450 Meyerside Drive, Suite 401

Address

| Mississauga | ON | L5T 2N5 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 487,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.55  Nonpriority creditor's name and mailing address**

HIRERIGHT, LLC

Creditor Name

Creditor's Notice name

P.O. BOX 847891

Address

| DALLAS | TX | 75284-7891 |
|--------|------|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                8,297.54
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.56  Nonpriority creditor's name and mailing address**

Holt Truck Centers LLC

Creditor Name

Creditor's Notice name

5665 SE Loop 410

Address

| San Antonio | TX | 78222 |
|-------------|------|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                7,235.58
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | | | As of the petition filing date, the claim is: | $ | 27,000.00 |

**Nonpriority creditor's name and mailing address**

Idelic Inc
Creditor Name

Creditor's Notice name

395 Federal Street
Address

| Pittsburah | PA | 15212 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 27,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.58 **Nonpriority creditor's name and mailing address**

IMPERIAL SUPPLIES LLC
Creditor Name

Creditor's Notice name

300 N. Madison St
Address

| GREEN BAY | WI | 54301 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 4,085.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.59  Nonpriority creditor's name and mailing address**

Integrity Mobile Truck Maintenance
Creditor Name

Creditor's Notice name

5757 Martel Ave
Address

| Dallas | TX | 75206 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $                 598.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.60  Nonpriority creditor's name and mailing address**

INTERSTATE UTILITY TRAILER
Creditor Name

Creditor's Notice name

1755 DREMAN AVENUE
Address

| CINCINNATI | OH | 45223 |
|-----------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $               5,336.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.61** **Nonpriority creditor's name and mailing address**

Inwood Truck & Sales LLC
Creditor Name

Creditor's Notice name

230 Truxmore Court
Address

| Inwood | WV | 25428 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    771.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.62** **Nonpriority creditor's name and mailing address**

IPFS Corporation
Creditor Name

Creditor's Notice name

1055 Broadway Blvd, 11th Floor
Address

| Kanas City | MO | 64105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    23,887.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Name

## 3.63 Nonpriority creditor's name and mailing address

IRON MOUNTAIN

Creditor Name

Creditor's Notice name

PO BOX 915004

Address

| DALLAS | TX | 753915004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 720.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

## 3.64 Nonpriority creditor's name and mailing address

J & M Wrecker Services Inc

Creditor Name

Creditor's Notice name

501 W Plantation

Address

| Clute | TX | 77531 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 604.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Name

**3.65 Nonpriority creditor's name and mailing address**

JBS USA Food Company
Creditor Name

Creditor's Notice name

PO Box 88129
Address

| | | |
|---|---|---|
| Chicago | IL | 60680 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 174,446.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.66 Nonpriority creditor's name and mailing address**

Jesse's Truck and Trailer Repair LLC
Creditor Name

Creditor's Notice name

114 N North St
Address

| | | |
|---|---|---|
| Danville | IL | 61832 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 537.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.67**  **Nonpriority creditor's name and mailing address**

JETTECH FLEET SERVICES LLC

Creditor Name

Creditor's Notice name

DEPT 100 PO BOX 830604

Address

| BIRMINGHAM | AL | 35283 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    42,898.72
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.68**  **Nonpriority creditor's name and mailing address**

K & N MOBILE DISTRIBUTION

Creditor Name

Creditor's Notice name

4909 RONDO DR

Address

| FORT WORTH | TX | 76106 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    15,114.12
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

3.69 **Nonpriority creditor's name and mailing address**

Kentucky Department of Revenue
Creditor Name

Creditor's Notice name

Address

| Frankfort | KY | 40620-0021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    175.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

3.70 **Nonpriority creditor's name and mailing address**

KINGPIN PARKING KANSAS CITY, LLC
Creditor Name

Creditor's Notice name

4319 S. NATIONAL AVE #126
Address

| SPRINGFIELD | MO | 65810 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  1,050.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

3.71 **Nonpriority creditor's name and mailing address**

KLEINSCHMIDT INC
Creditor Name

Creditor's Notice name

PO BOX 7158
Address

| DEERFIELD | IL | 600157158 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    8,371.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.72 **Nonpriority creditor's name and mailing address**

Kyrish Truck Centers of Houston
Creditor Name

Creditor's Notice name

8900 North Loop East
Address

| Houston | TX | 77029 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    120.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.73 **Nonpriority creditor's name and mailing address**

LA QUINTA INN & SUITES

Creditor Name

Creditor's Notice name

825 N WATSON RD

Address

| ARLINGTON | TX | 76011 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                12,951.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.74 **Nonpriority creditor's name and mailing address**

LIMONS ROAD SERVICE INC

Creditor Name

Creditor's Notice name

PO BOX 831214

Address

| SAN ANTONIO | TX | 782831214 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 2,860.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.75** **Nonpriority creditor's name and mailing address**

Locked Out LLC

Creditor Name

Creditor's Notice name

1710 Chucker St

Address

| Abilene | TX | 79605 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    200.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.76** **Nonpriority creditor's name and mailing address**

Lockton

Creditor Name

Creditor's Notice name

PO BOX 802707

Address

| KANSAS CITY | MO | 64180-2707 |
|-------------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    29,579.85
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.77 Nonpriority creditor's name and mailing address**

Louisiana Department of Revenue
Creditor Name

Creditor's Notice name

617 N 3rd St
Address

| Baton Rouge | LA | 70802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    1,260.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.78 Nonpriority creditor's name and mailing address**

Loves (COD)
Creditor Name

Creditor's Notice name

1600 North Pennsylvania
Address

| Oklahoma City | OK | 73102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   81,244.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.79 Nonpriority creditor's name and mailing address**

LOVES TRAVEL STOPS & COUNTRY STORES
Creditor Name

Creditor's Notice name

10601 NORTH PENNSYLVANIA
Address

| OKLAHOMA CITY | OK | 73102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                372,087.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.80 Nonpriority creditor's name and mailing address**

LOVES TRAVEL STOPS & STORES
Creditor Name

Creditor's Notice name

10601 NORTH PENNSYLVANIA
Address

| OKLAHOMA CITY | OK | 73102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                279,846.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.81 Nonpriority creditor's name and mailing address

Lucent Health
Creditor Name

Creditor's Notice name

424 Church St, Suite 2300
Address

| Nashville | TN | 37219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ Unknown
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.82 Nonpriority creditor's name and mailing address

MANSFIELD OIL CO
Creditor Name

Creditor's Notice name

PO BOX 733706
Address

| DALLAS | TX | 753733706 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 23,288.27
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.83  **Nonpriority creditor's name and mailing address**

Market Express, LLC

Creditor Name

Creditor's Notice name

10400 N Vancouver Way

Address

| Portland | OR | 97217 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                1,500.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

3.84  **Nonpriority creditor's name and mailing address**

Massey s Towing & Truck Service

Creditor Name

Creditor's Notice name

10514 Wireway Dr

Address

| Dallas | TX | 75220 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                3,650.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.85** **Nonpriority creditor's name and mailing address**

METRO SIGN CENTER

Creditor Name

Creditor's Notice name

ANN BARNET INC

Address

| ARLINGTON | TX | 76011 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 6,687.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**

MHC Kenworth Jackson

Creditor Name

Creditor's Notice name

11120 Tomahawk Creek Parkway

Address

| Leawood | KS | 66211 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ Unknown

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.87** **Nonpriority creditor's name and mailing address**

MICHELIN NORTH AMERICA INC(#1420384)
Creditor Name

Creditor's Notice name

PO BOX 100860
Address

| ATLANTA | GA | 303840860 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              48,208.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.88** **Nonpriority creditor's name and mailing address**

Midstate LLC
Creditor Name

Creditor's Notice name

PO Box 15432
Address

| Little Rock | AR | 72231 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.89** **Nonpriority creditor's name and mailing address**

MINUTEMAN PRESS
Creditor Name

Creditor's Notice name

4185 SUNBEAM RD STE 100
Address

| JACKSONVILLE | FL | 32257 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $                1,910.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.90** **Nonpriority creditor's name and mailing address**

Mississippi Business Filing Centre
Creditor Name

Creditor's Notice name

1220 E NORTHSIDE DR
Address

| JACKSON | MS | 39211 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $                100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.91** **Nonpriority creditor's name and mailing address**

Mississippi -Department of Revenue
Creditor Name

Creditor's Notice name

PO BOX 23191
Address

| Jackson | MS | 39225-3191 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.92** **Nonpriority creditor's name and mailing address**

MVP Trailer Repair
Creditor Name

Creditor's Notice name

4829 La rue St
Address

| Dallas | TX | 75211 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    10,636.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.93 Nonpriority creditor's name and mailing address**

Navitus Health Solution
Creditor Name

Creditor's Notice name

361 Integrity Dr.
Address

| Madison | WI | 53717 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    45,006.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.94 Nonpriority creditor's name and mailing address**

New Jersey Dept of Revenue
Creditor Name

Creditor's Notice name

PO Box 281
Address

| Trenton | NJ | 08695-0281 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    4,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Name

**3.95** **Nonpriority creditor's name and mailing address**

New York State Corporation Tax

Creditor Name

Creditor's Notice name

NYS Dept of Taxation & Finance

Address

PO box 15163

| Abany | NY | 12212-5163 |
|-------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**　$　175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.96** **Nonpriority creditor's name and mailing address**

North Harris County Storage

Creditor Name

Creditor's Notice name

9490 FM 1960 Bypass Rd West

Address

| Humble | TX | 77338 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**　$　1,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.97** **Nonpriority creditor's name and mailing address**

NORTH TEXAS TOLLWAY AUTHORITY

Creditor Name

Creditor's Notice name

PO BOX 660244

Address

| DALLAS | TX | 75266-0244 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:     $                    39.84
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.98** **Nonpriority creditor's name and mailing address**

Oklahoma Tax Commission

Creditor Name

Creditor's Notice name

PO Box 26890

Address

| Oklahoma City | OK | 73126-0890 |
|---------------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:     $                    100.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Name

| 3.99 | **Nonpriority creditor's name and mailing address** |
|------|----|

**As of the petition filing date, the claim is:** $ 666.68
*Check all that apply.*

Oklahoma Trucking Association

Creditor Name

☐ Contingent

☐ Unliquidated

Creditor's Notice name

☐ Disputed

**Basis for the claim:**

3909 N Lindsey Ave

Address

Trade Payable

| Oklahoma City | OK | 73015 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**        **Is the claim subject to offset?**

☑ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.100 | **Nonpriority creditor's name and mailing address** |
|-------|----|

**As of the petition filing date, the claim is:** $ 38,276.46
*Check all that apply.*

Omnitracs, LLC

Creditor Name

☐ Contingent

☐ Unliquidated

Creditor's Notice name

☐ Disputed

**Basis for the claim:**

717 N Harwood Street

Address

Trade Payable

| Dallas | TX | 75201-6533 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**        **Is the claim subject to offset?**

☑ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 500.00 |
|---|---|---|---|

ONE NETWORK ENTERPRISES INC
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

4055 VALLEY VIEW LANE
Address

**Basis for the claim:**

Trade Payable

| DALLAS | TX | 75244 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 261.95 |
|---|---|---|---|

ORKIN LLC
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

3601 NE LOOP 820 STE 100
Address

**Basis for the claim:**

Trade Payable

| FORT WORTH | TX | 761372466 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

**3.103** **Nonpriority creditor's name and mailing address**

OTR FLEET SERVICE
Creditor Name

Creditor's Notice name

11051 EASTEX FWY
Address

| HOUSTON | TX | 77093 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 539.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.104** **Nonpriority creditor's name and mailing address**

PACCAR PARTS FLEET SERVICE
Creditor Name

Creditor's Notice name

PO BOX 731165
Address

| DALLAS | TX | 753731165 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 47,647.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.105 Nonpriority creditor's name and mailing address**

Peak Trailer Group, LLC
Creditor Name

Creditor's Notice name

PO Box 268989
Address

| Oklahoma City | OK | 73126 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $     428.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.106 Nonpriority creditor's name and mailing address**

PEOPLENET COMMUNICATIONS CORP
Creditor Name

Creditor's Notice name

PO BOX 203673
Address

| DALLAS | TX | 753203673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $     28,809.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.107** **Nonpriority creditor's name and mailing address**

PILOT CORPORATION
Creditor Name

Creditor's Notice name

5500 LONAS ROAD STE 260
Address

| KNOXVILLE | TN | 37909 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $    6,161.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.108** **Nonpriority creditor's name and mailing address**

PINNACLE FLEET SOLUTIONS
Creditor Name

Creditor's Notice name

PO BOX 742294
Address

| ATLANTA | GA | 303742294 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $    7,545.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.109** **Nonpriority creditor's name and mailing address**

PITNEY BOWES BANK INC PURCHASE POWER

Creditor Name

Creditor's Notice name

PO BOX 981026

Address

| BOSTON | MA | 02298-1026 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 715.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**

PLANSOURCE BENEFITS

Creditor Name

Creditor's Notice name

PO BOX 1313

Address

| ORLANDO | FL | 32802 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 17,626.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.111** **Nonpriority creditor's name and mailing address**

Pop-A-Lock

Creditor Name

Creditor's Notice name

1104 S 1st St

Address

| Temple | TX | 76504 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    381.14

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.112** **Nonpriority creditor's name and mailing address**

PRAJYO LP (A&M Cafe )

Creditor Name

Creditor's Notice name

1205 W N CARRIER PKWY

Address

| GRAND PRAIRIE | TX | 75050 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    17.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.113 **Nonpriority creditor's name and mailing address**

PREPASS
Creditor Name

Creditor's Notice name

PO BOX 932588
Address

| ATLANTA | GA | 31193 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,116.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.114 **Nonpriority creditor's name and mailing address**

Pride Group Logistics
Creditor Name

Creditor's Notice name

6050 Dixie Road
Address

| Mississauga | ON | L5T 1A6 |
|-------------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,535.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.115** **Nonpriority creditor's name and mailing address**

Pride Truck Sales LP

Creditor Name

Creditor's Notice name

8 The Green, Suite R

Address

| Dover | DE | 19901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    15,383,877.00
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Intercompany Claim

**Is the claim subject to offset?**

☑    No

☐    Yes

**3.116** **Nonpriority creditor's name and mailing address**

Primacy Escrow

Creditor Name

Creditor's Notice name

34950 Chardon Rd #104

Address

| Willoughby Hills | OH | 44094 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    32,278.65
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑    No

☐    Yes

**3.117 Nonpriority creditor's name and mailing address**

Primacy Risk Services
Creditor Name

Creditor's Notice name

34950 CHARDON RD 104
Address

| WILLOUGHBY HILLS | OH | 44094 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 23,355.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.118 Nonpriority creditor's name and mailing address**

PRIORITY TOWING
Creditor Name

Creditor's Notice name

PO BOX 541345
Address

| HOUSTON | TX | 77254 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 4,302.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.119 Nonpriority creditor's name and mailing address**

Progressive County Mutual Insurance Co
Creditor Name

Creditor's Notice name

6300 WilsonMills Rd  W33
Address

| Mayfield Village | OH | 44143 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     2,312.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.120 Nonpriority creditor's name and mailing address**

PROTECTIVE INSURANCE
Creditor Name

Creditor's Notice name

PO BOX 7099
Address

| INDIANAPOLIS | IN | 462077099 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     62,146.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.121 Nonpriority creditor's name and mailing address**

PROVIDENCE RISK & INSURANCE

Creditor Name

Creditor's Notice name

PO BOX 700370

Address

| SAN ANTONIO | TX | 782700370 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,559.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.122 Nonpriority creditor's name and mailing address**

R & H REEFER & TRAILER REPAIR

Creditor Name

Creditor's Notice name

7592 N GENERAL BRUCE DR

Address

| TEMPLE | TX | 76501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 369.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.123** **Nonpriority creditor's name and mailing address**

RED RIVER TRAILER SERVICES
Creditor Name

Creditor's Notice name

PO BOX 208
Address

| | | |
|---|---|---|
| BENTON | LA | 71006 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    125.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.124** **Nonpriority creditor's name and mailing address**

Reefer Service Inc
Creditor Name

Creditor's Notice name

2930 Corporate Grove Dr.
Address

| | | |
|---|---|---|
| Hudsonville | MI | 49426 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    786.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.125 Nonpriority creditor's name and mailing address**

REPUBLIC WASTE SERVICES
Creditor Name

Creditor's Notice name

PO BOX 99917
Address

| CHICAGO | IL | 606967717 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          1,292.10
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.126 Nonpriority creditor's name and mailing address**

RICOH USA, INC
Creditor Name

Creditor's Notice name

PO BOX 532530
Address

| ATLANTA | GA | 303532530 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           171.57
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.127** **Nonpriority creditor's name and mailing address**

RINGCENTRAL INC

Creditor Name

Creditor's Notice name

20 DAVIS DRIVE

Address

| BELMONT | CA | 94002 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        11,562.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.128** **Nonpriority creditor's name and mailing address**

ROAD EQUIPMENT PARTS CENTER

Creditor Name

Creditor's Notice name

P O BOX 9489

Address

| GRAND RAPIDS | MI | 49509 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        15,568.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.129** **Nonpriority creditor's name and mailing address**

Roger's Towing, Inc.
Creditor Name

Creditor's Notice name

386 Sugar Street
Address

| Marion | VA | 24354 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.130** **Nonpriority creditor's name and mailing address**

RSV TECHNOLOGIES LLC
Creditor Name

Creditor's Notice name

7607 FERN AVE SUITE 202
Address

| SHREVEPORT | LA | 71105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    14,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.131** **Nonpriority creditor's name and mailing address**

SHARK TRUCK REPAIR
Creditor Name

Creditor's Notice name

12106 MESA DR
Address

| HOUSTON | TX | 77016 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,734.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.132** **Nonpriority creditor's name and mailing address**

SKY BITZ INC
Creditor Name

Creditor's Notice name

DEPT CH 16861
Address

| PALATINE | IL | 600556861 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,869.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.133  Nonpriority creditor's name and mailing address**

Southside Wrecker Inc
Creditor Name

Creditor's Notice name

PO Box 1799
Address

| Manchaca | TX | 78652 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $               592.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.134  Nonpriority creditor's name and mailing address**

State of Connecticut
Creditor Name

Creditor's Notice name

PO Box 2974
Address

| Hartford | CT | 06104-2974 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $               250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.135** **Nonpriority creditor's name and mailing address**

SUMMER ENERGY LLC
Creditor Name

Creditor's Notice name

PO BOX 660938
Address

| DALLAS | TX | 752660938 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:　$　　　　　2,527.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.136** **Nonpriority creditor's name and mailing address**

Super 1 Road Service
Creditor Name

Creditor's Notice name

10118 Glengate Ln
Address

| Houston | TX | 77036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:　$　　　　　900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.137**  **Nonpriority creditor's name and mailing address**

T & W Tire LLC

Creditor Name

Creditor's Notice name

PO Box 82546

Address

| Oklahoma City | OK | 73148 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    4,823.40
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.138**  **Nonpriority creditor's name and mailing address**

TELADOC INC

Creditor Name

Creditor's Notice name

PO BOX 123417

Address

| DALLAS | TX | 753123417 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    1,508.75
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.139** **Nonpriority creditor's name and mailing address**

Tennessesee Department of Revenue
Creditor Name

Creditor's Notice name

Andrew Jackson State office Bldg
Address

500 Deaderick St

| Nashville | TN | 37242 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.140** **Nonpriority creditor's name and mailing address**

TENSTREET LLC
Creditor Name

Creditor's Notice name

5121 S WHEELING STE 200
Address

| TULSA | OK | 74105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    7,551.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.141 **Nonpriority creditor's name and mailing address**

TEXAS TOWING  SOUTH

Creditor Name

Creditor's Notice name

2051 Rigsby Ave

Address

| San Antonio | TX | 78210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                                300.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

3.142 **Nonpriority creditor's name and mailing address**

Texas Towing Wrecker Service Inc

Creditor Name

Creditor's Notice name

206 S Commercial Street

Address

| Fort Worth | TX | 76107 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                              1,527.84
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.143** **Nonpriority creditor's name and mailing address**

THOMAS & COMPANY

Creditor Name

Creditor's Notice name

PO BOX 645555

Address

| CINCINNATI | OH | 452645555 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $   2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.144** **Nonpriority creditor's name and mailing address**

THOMPSON SAFETY LLC

Creditor Name

Creditor's Notice name

PO BOX 842365

Address

| DALLAS | TX | 75284-2365 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $   899.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.145 Nonpriority creditor's name and mailing address**

Thompson Truck & Trailer, LLC
Creditor Name

Creditor's Notice name

7820 6th St SW
Address

| Cedar Rapids | IA | 52404 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 596.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.146 Nonpriority creditor's name and mailing address**

TIMBES TIRE & EXHAUST INC
Creditor Name

Creditor's Notice name

PO BOX 131
Address

| BURNSVILLE | MS | 38833 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,651.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.147 **Nonpriority creditor's name and mailing address**

TJ OILFIELD SERVICES, LLC
Creditor Name

Creditor's Notice name

PO BOX 1189
Address

| RHOME | TX | 76078 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                928.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.148 **Nonpriority creditor's name and mailing address**

TLR Hydraulics, Inc.
Creditor Name

Creditor's Notice name

1031 Eastgate Road
Address

| Midlothian | TX | 76065 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              1,495.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.149** **Nonpriority creditor's name and mailing address**

TO EXCEED LLC
Creditor Name

Creditor's Notice name

4432 HIDDEN VLY WAY
Address

| COSBY | TN | 37722 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 54,050.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.150** **Nonpriority creditor's name and mailing address**

Todds Towing & Recovery LLC
Creditor Name

Creditor's Notice name

16100 S Lincoln Hwy
Address

| Plainfield | IL | 60586 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,325.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.151** **Nonpriority creditor's name and mailing address**

TPine Rental USA, Inc.
Creditor Name

Creditor's Notice name

34880 Lyndon B Johnson Fwy
Address

| Dallas | TX | 75241 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   2,093,932.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.152** **Nonpriority creditor's name and mailing address**

TRAILER REPAIR SOLUTIONS
Creditor Name

Creditor's Notice name

1015 Goodloe lane
Address

| Red Oak | TX | 75154 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   29,610.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.153** **Nonpriority creditor's name and mailing address**

TRANSFLO EXPRESS LLC

Creditor Name

Creditor's Notice name

201 NORTH FRANKLIN ST

Address

| TAMPA | FL | 33602 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $      12,494.05

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.154** **Nonpriority creditor's name and mailing address**

TRANSPORTATION PERFORMANCE INC

Creditor Name

Creditor's Notice name

PO BOX 206708

Address

| DALLAS | TX | 753206708 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $      1,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.155** **Nonpriority creditor's name and mailing address**

TRAVELCENTERS OF AMERICA INC
Creditor Name

Creditor's Notice name

PO BOX 641906
Address

| CINCINNATI | OH | 452641906 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 484.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.156** **Nonpriority creditor's name and mailing address**

TRI-MAXX INDUSTRIES LLC
Creditor Name

Creditor's Notice name

2160 HWY 71
Address

| CAMPTI | LA | 71411 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,524.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.157 Nonpriority creditor's name and mailing address**

TRIMBLE MAPS

Creditor Name

Creditor's Notice name

1 Independence Way

Address

| Princeton | NJ | 8540 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    2,687.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.158 Nonpriority creditor's name and mailing address**

TRIMBLE, INC

Creditor Name

Creditor's Notice name

935 STEWART DR

Address

| SUNNYVALE | CA | 94085 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                   34,121.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Arnold Transportation Services, Inc.
Name

Case number *(if known)*  24-10928

### 3.159 Nonpriority creditor's name and mailing address

TRIPLE A EQUIPMENT REPAIR LLC
Creditor Name

Creditor's Notice name

PO BOX 1117
Address

| CROSSETT | AR | 71635 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:  $                3,368.48
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

### 3.160 Nonpriority creditor's name and mailing address

Triumph
Creditor Name

Creditor's Notice name

651 Canyon Dr #105
Address

| Coppell | TX | 75019 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:  $            2,336,664.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Line of Credit

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.161** **Nonpriority creditor's name and mailing address**

TruckPro Holding Corporation
Creditor Name

Creditor's Notice name

1900 Charles Bryan Road
Address

Cordova                TN              38016
City                   State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                5,071.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.162** **Nonpriority creditor's name and mailing address**

TX TAG
Creditor Name

Creditor's Notice name

PO BOX 650749
Address

DALLAS                 TX              752650749
City                   State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                58.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.163 **Nonpriority creditor's name and mailing address**

UPS, INC
Creditor Name

Creditor's Notice name

P.O. BOX 650116
Address

| DALLAS | TX | 75265-0116 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $ 1,319.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.164 **Nonpriority creditor's name and mailing address**

USX Reimb
Creditor Name

Creditor's Notice name

112 N CURRY ST
Address

| CARSON CITY | NV | 89703 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $ 232,936.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Name

**3.165 Nonpriority creditor's name and mailing address**

VANGUARD CLEANING SYSTEMS
Creditor Name

Creditor's Notice name

P.O. Box 200004
Address

| ARLINGTON | TX | 76006 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 3,950.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.166 Nonpriority creditor's name and mailing address**

VECTOR LABS INC
Creditor Name

Creditor's Notice name

135 STILLMAN STREET
Address

| SAN FRANCISCO | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 8,349.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.167 **Nonpriority creditor's name and mailing address**

VERIZON

Creditor Name

Creditor's Notice name

PO BOX 660108

Address

| Dallas | TX | 75266-0108 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    523.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.168 **Nonpriority creditor's name and mailing address**

VERTICAL TRUCKING PARTNERS, LP

Creditor Name

Creditor's Notice name

1730 GALLERIA OAKS

Address

| TEXARKANA | TX | 75504 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  4,030.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.169 Nonpriority creditor's name and mailing address**

W & B SERVICE CO LP
Creditor Name

Creditor's Notice name

PO BOX 165118
Address

| FORTH WORTH | TX | 76161-5118 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,520.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.170 Nonpriority creditor's name and mailing address**

WEISER SECURITY SERVICES INC
Creditor Name

Creditor's Notice name

PO BOX 51720
Address

| NEW ORLEANS | LA | 701511720 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,384.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.171 **Nonpriority creditor's name and mailing address**

WELLS FARGO VENDOR FINANCIAL
Creditor Name

Creditor's Notice name

PO BOX 650016
Address

| Dallas | TX | 75265-0016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,746.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.172 **Nonpriority creditor's name and mailing address**

WEX BANK
Creditor Name

Creditor's Notice name

PO BOX 6293
Address

| CAROL STREAM | IL | 60197-6293 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐ Not Listed. Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City    State    ZIP Code | | |
| Country | | |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. $ | 186,291.25 |
| 5b. **Total claims from Part 2** | 5b. **+** $ | 23,587,702.21 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 23,773,993.46 |

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._   **State what the contract or lease is for and the nature of the debtor's interest**

    **State the term remaining**

    **List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

    **State the term remaining**

    **List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

    **State the term remaining**

    **List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

    **State the term remaining**

    **List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

    **State the term remaining**

    **List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

    **State the term remaining**

    **List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

    **State the term remaining**

    **List the contract number of any government contract**

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ _____ | Street _____ _____ City _____ State _____ ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.__ _____ | Street _____ _____ City _____ State _____ ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.__ _____ | Street _____ _____ City _____ State _____ ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.__ _____ | Street _____ _____ City _____ State _____ ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.__ _____ | Street _____ _____ City _____ State _____ ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.__ _____ | Street _____ _____ City _____ State _____ ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.__ _____ | Street _____ _____ City _____ State _____ ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.__ _____ | Street _____ _____ City _____ State _____ ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____         ✘ _____
MM / DD / YYYY                                    Signature of individual signing on behalf of debtor


_____
Printed name

_____
Position or relationship to debtor